UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
GERALD JOSEPH LOVOI,                              :
                                 Plaintiff,       :
                                                  :          22 Civ. 483 (LGS)
                  -against-                       :
                                                  :              ORDER
PHILLIPS 66 PARTNERS LP, et al.,                  :
                                 Defendants,  :
------------------------------------------------------------ X

LORNA G. SCHOFIELD, District Judge:

        WHEREAS, Plaintiff filed a complaint on January 19, 2022;

        WHEREAS, Plaintiff does not appear to have filed a Request for Issuance of Summons

or served Defendants;

        WHEREAS, the initial pretrial conference is scheduled for May 11, 2022, and the parties

were directed to file a joint letter and a proposed case management plan by May 4, 2022.

        WHEREAS, the parties failed to file the letter and the proposed case management plan.

It is hereby

        **ORDERED** that the initial pretrial conference scheduled for May 11, 2022, is

**ADJOURNED** to June 29, 2022, at 4:00 P.M.  The parties shall call (888) 363-4749 and enter

the access code 558-3333.  The parties shall file the joint letter and the proposed case

management plan by June 22, 2022.  It is further

        **ORDERED** that Plaintiff shall serve Defendants and file proof of service by May 16,

2022.  Plaintiff is advised that failure to adhere to the service deadline may result in dismissal of

the case pursuant to Fed. R. Civ. P. 4(m).

Dated:  May 6, 2022
        New York, New York

                                        LORNA G. SCHOFIELD
                                        UNITED STATES DISTRICT JUDGE